THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES MITCHEL, Respondent, *v.* O. H. LA GRANGE et al., Fire Commissioners, etc., Appellants.

*People ex rel. Mitchel* v. *La Grange,* 2 App. Div. 444, affirmed.
(Argued January 18, 1897; decided February 2, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 2, 1896, which annulled on certiorari the action of the board of fire commissioners of the city of New York in removing the relator from the office of fire marshal and directed his reinstatement.

*William L. Findley* for appellants.

*Charles Donohue* and *William B. Ellison* for respondent.

Order affirmed, with costs, on opinion below.
All concur, except ANDREWS, Ch. J., not voting.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARY B. O. DWIGHT, Respondent, *v.* BENJAMIN S. PLATT et al., Assessors of the Village of Clinton, Appellants.

*People ex rel. Dwight* v. *Platt,* 92 Hun, 349, appeal dismissed.
(Submitted January 20, 1897; decided February 9, 1897.)

APPEAL from an order of the General Term of the Supreme Court in the fourth judicial department, entered December 30, 1895, which affirmed an order of Special Term appointing a referee to take evidence upon the return to a writ of certiorari brought to review an alleged erroneous assessment.

*C. D. & Seth C. Adams* for appellants.

*Jones & Townsend* for respondent.

Appeal dismissed on authority of *People ex rel. U. & D. R. R. Co.* v. *Smith* (85 N. Y. 628), with costs.
All concur.